IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BAY AREA COMMERCIAL SWEEPING, INC., et al.,<br><br>   Defendants. | Case No. 20-cv-04942-MMC<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

    Plaintiffs having informed the Court that their claims asserted against defendant Stephanie Serrano have been automatically stayed pursuant to 11 U.S.C. § 362, by said defendant's initiation of bankruptcy proceedings on October 29, 2025 (see Pls.' Notice, filed November 3, 2025, Ex. A), and plaintiffs' claims against the other two defendants having been resolved (see Joint Status Report, filed September 15, 2023, at 3), IT IS HEREBY ORDERED that the instant case is CLOSED for statistical purposes only.

    Nothing contained in this Order shall be considered a dismissal or disposition of any claim or defense, and should further proceedings become necessary, any party may initiate them in the same manner as if this Order had not been entered.

    **IT IS SO ORDERED.**

Dated: November 4, 2025

MAXINE M. CHESNEY
United States District Judge